# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW N. YAO, | : |
| Petitioner, | : |
| | : CRIMINAL ACTION NO. 07-301 |
| v. | : |
| | : CIVIL ACTION NO. 10-3145 |
| UNITED STATES OF AMERICA, | : |
| Respondent. | : |

## ORDER

**AND NOW**, this _____ day of October, 2011, upon consideration of Petitioner's Motion to Vacate, Set Aside, Correct Sentence (Doc. 89), Respondent's Motion to Dismiss 2255 Petition for Failure to State a Claim Upon Which Relief Can Be Granted Due to Untimeliness Under the AEDPA (Doc. 91), Petitioner's Response in Opposition to the Motion to Dismiss (Doc. 94); Respondent's Reply to the Response (Doc. 95), and Petitioner's Sur-reply to Respondent's Reply (Doc. 97), **IT IS HEREBY ORDERED AND DECREED** that Respondent's Motion to Dismiss is **GRANTED** and Petitioner's Motion to Vacate, Set Aside, Correct Sentence is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**